UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1740 DDN |
| ) | |
| PROBATION & PAROLE OF ) | |
| MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's motion for leave to proceed in forma pauperis on appeal. ECF No. 9. When the Court dismissed this action on December 22, 2020, the Court stated that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Further, plaintiff has engaged in the practice of repeatedly filing meritless lawsuits in this Court. At this time, he has filed over one-hundred (100) lawsuits in this Court, which is an abuse of the judicial process. As of this date, twelve (12) of his lawsuits have been dismissed as frivolous, malicious and/or for failure to state a claim.[1] *See* 28 U.S.C. § 1915.

For the above stated reasons, plaintiff's motion to proceed in forma pauperis on appeal will be denied.

---

[1] *Engel v. Governor of Missouri*, No. 1:20-cv-217 HEA (E.D.Mo); *Engel v. Jefferson County Sheriff's Dept.*, No. 4:20-cv-1226 MTS (E.D.Mo); *Engel v. Missouri Courts*, No. 4:20-cv-1258 SPM (E.D.Mo); *Engel v. St. Louis Sheriff's Dept.*, No. 4:20-cv-1639 NCC (E.D.Mo); *Engel v. MODOC*, No. 4:20-cv-1668 RWS (E.D.Mo); *Engel v. Missouri Dept. of Corr.*, 4:20-cv-1430 AGF (E.D.Mo); *Engel v. Corizon*, No. 4:20-cv-1695 NAB (E.D.Mo); *Engel v. ERDCC*, No. 4:20-cv-1739 JMB (E.D.Mo); *Engel v. Probation & Parole*, No. 4:20-cv-1740 DDN (E.D.Mo); *Engel v. United States of America*, No. 4:20-cv-1742 MTS (E.D.Mo); *Engel v. ERDCC*, No. 4:20-cv-1810 CDP (E.D.Mo); *Engel v. Corizon*, No. 4:20-cv-1812 NAB (E.D.Mo).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 9] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 7th day of January, 2021.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE